UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| KAROLINA LORA, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>UNIFIED PORTFOLIO SERVICING, LLC, a limited liability company; and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. 1:13-cv-00305-LJO-BAM<br><br>**ORDER RE JOINT STIPULATION TO EXTEND THE DEADLINE FOR CONDUCTING DEPOSITIONS AND DESIGNATION OF EXPERTS**<br><br>**(Doc. 13)** |

Having considered the revised stipulation and motion of the parties to extend certain discovery deadlines (Doc. 13), and for good cause shown, the Court modifies the case management order as follows:

All non-expert discovery shall be completed on or before **October 6, 2013;**

Expert witnesses shall be disclosed on or before **October 6, 2013;**

All expert discovery shall be completed on or before **October 26, 2013.**

/././

1  All other case management deadlines shall remain unchanged.  The parties'
2  original Motion to Continue (Stipulation to Extend Deadline For Conducting
3  Depositions and Designation of Experts) (Doc. 12) is DENIED as moot.

IT IS SO ORDERED.

Dated:   **August 27, 2013**                    /s/ *Barbara A. McAuliffe*
                                         UNITED STATES MAGISTRATE JUDGE