UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| KAROLINA LORA, an individual, | CASE NO. 1:13-cv-00305-LJO-BAM |
| Plaintiff, | The Hon. Lawrence J. O'Neill |
| vs. | |
| UNIFIED PORTFOLIO SERVICING, LLC, a limited liability company; and DOES 1 through 10, inclusive, | **ORDER RE STIPULATION AND JOINT REQUEST THAT THE CASE BE DISMISSED, WITH PREJDUDICE** |
| Defendants. | Judge: Hon. Lawrence J. O'Neill |
| | Trial Date: None Set |

/ / /

/ / /

/ / /

Pursuant to the Joint Stipulation, the parties hereby request that this case be dismissed, with prejudice, with each party bearing its own fees and costs. The clerk is directed to close this action.

IT IS SO ORDERED.

Dated: **November 7, 2013**        /s/ Lawrence J. O'Neill
                                   UNITED STATES DISTRICT JUDGE